
**TIME WARNER CABLE**

## Price Lock Guarantee Letter of Agreement

The service plan you have selected requires a [24] month Price Lock Guarantee agreement in order for you to receive discounted services. There is an early termination fee of up to $150 for canceling the contract before the term expires. This agreement allows for early termination without incurring a fee by notifying Time Warner Cable within 60 days of the installation or upgrade date. Please check the following boxes to indicate your understanding and agreement to the terms and conditions of Time Warner Cable's Price Lock Guarantee service plan.

- ☐ If you cancel or downgrade any or all of the Price Lock Guarantee services after the initial 60-day period but before the end of the [24] month term, or if Time Warner Cable terminates any or all of your services for good cause under its Residential Services Subscriber Agreement during that time, you have agreed that you are obligated to pay Time Warner Cable an early termination fee up to $150 depending on when you terminate.

- ☐ At the end of the [24] month period, your Price Lock Guarantee discounted services will automatically renew for an additional [24] month term unless you notify Time Warner Cable that you wish to terminate or downgrade any or all of the Price Lock Guarantee services. Time Warner Cable reserves the right to increase your monthly fee each time your package automatically renews. Approximately 30 to 60 days prior to the start of each automatic renewal term, Time Warner Cable will send you an automatic renewal notification which will spell out the fees that will apply during the renewal period for the next 2 years.

- ☐ The discounted monthly rates do not include applicable taxes, franchise fees or tariffs, service or installation charges, or charges for additional products and services not included in the Price Lock Guarantee package.

- ☐ Except for the monthly fees – which you can always be sure of – Time Warner Cable has the right to modify or delete any aspect, feature or requirement of the Price Lock Guarantee package or its individual components.

By accepting these terms and conditions, you complete the verification process. Soon you will be receiving a confirmation letter that spells out the terms and conditions of the Price Lock Guarantee in greater detail. Please read the confirmation letter carefully. Thank you for choosing Time Warner Cable. If you have any questions, please call 1.877.772.2253.

Name: _____    Account #: _____

Address: _____    Telephone #: _____

Signature: _____    Agent ID: _____

EXHIBIT
A