# EXHIBIT E

P00001-0000002        1oz


**TIME WARNER CABLE**
THE POWER OF YOU
PO BOX 429542
CINCINNATI, OH 45242-1812

October 27, 2008

0000001 Non-d    1 oz.



GUARANTEED SAVINGS MONTH AFTER MONTH



### Welcome to Time Warner Cable's Price Lock Guarantee!

Account Number: 

Dear ▮▮▮

We are pleased to welcome you to Time Warner Cable's Price Lock Guarantee. You are now entitled to receive a Price Lock Guarantee package at a discounted monthly rate for twenty-four months. Now you can enjoy the peace of mind that comes with knowing you are getting the best value on our best services - and that you have locked-in guaranteed savings for two full years. In addition, your price includes a $3 - $5 savings per month for the first twelve months.

Enclosed for your convenience is a brochure outlining the terms and conditions of Price Lock Guarantee. For the most up-to-date information on Price Lock Guarantee, please call our customer service professionals at 1-800-425-2225.

Sincerely,

Customer Care Team
Time Warner Cable

*Enclosure*

CABLE    HIGH-SPEED ONLINE    DIGITAL PHONE

FDC000-0000002

# Time Warner Cable
## Discount Services Offer with Automatic Renewals
## Terms and Conditions

Congratulations on having ordered Time Warner Cable's Price Lock Guarantee discounted services package. As your Time Warner Cable representative discussed with you at the time of your order, your receipt of this discounted services package is conditioned upon your agreement to the terms and conditions that appear below. These terms and conditions, which include automatic renewals of your discounted package, are a binding addition to your Time Warner Cable Residential Services Subscriber Agreement and this letter (the "Addendum") confirms your oral acknowledgement of and agreement to be bound by such terms and conditions.

**INITIAL TERM - MONTHLY FEES.** Unless Time Warner Cable terminates your services due to a violation of the Residential Services Subscriber Agreement, you will be entitled to receive the Price Lock Guarantee at a discounted monthly rate for 24 months, commencing on the date Time Warner Cable begins to deliver your discounted services to you (or if you were already receiving these services, on the date you elected to take advantage of this discounted services offering). As your Time Warner Cable representative discussed with you at the time of your order, your discounted rate will increase at month 13 of your 24 month term.

**AUTOMATIC RENEWAL TERMS - MONTHLY FEES.** Your Price Lock Guarantee discounted services package will automatically renew for up to two additional 24-month terms unless you notify Time Warner Cable that you wish to terminate or downgrade any or all of the Price Lock Guarantee services. **Time Warner Cable reserves the right to increase your monthly fee each time your package automatically renews for another term. Any such fee increase will be described in your automatic renewal notices, sent approximately 30 to 60 days prior to the end of your term.** If you wish to renew, do nothing and you will automatically be re-enrolled in the package on the terms set out in the notice.

**CANCELLATIONS.** You may cancel or downgrade any or all of the services at any time. To cancel services, call 1-800-425-2225. However, to avoid early termination fees, you must notify Time Warner Cable of your intention to terminate at the times and in the manner described below.

*Trial Period.* You may cancel or downgrade any or all of the services without further obligation (and without incurring an early termination fee) by notifying Time Warner Cable of your intention within 60 days of the date Time Warner Cable begins to deliver your discounted services to you. You are responsible for the monthly fees at the package rate until the date of cancellation or downgrade.

*Automatic Renewal Terms.* Approximately 30 to 60 days prior to the start of each automatic renewal term for which you are eligible, Time Warner Cable will send you an automatic renewal notification. **You may cancel or downgrade any or all of the services at the end of the current term without further obligation (and without incurring an early termination fee) by notifying Time Warner Cable of your intention prior to the commencement of the automatic renewal term identified in the notice.** Unless you notify Time Warner Cable that you wish to cancel or downgrade your services, you will automatically be re-enrolled in the package on the terms set out in the notice. The same early termination fee that applied during the initial term will also apply during each automatic renewal.

**CANCELLATION FEES.** If you cancel or downgrade any or all of the Price Lock Guarantee services outside of the periods described above, or if Time Warner Cable terminates any or all of your services for good cause under its Residential Services Subscriber Agreement, you have agreed that you are obligated to pay Time Warner Cable an early termination fee equal to $150 minus $15 for each three-month period in the then-current term during which you continued to receive the services. For example, if you cancel services four months into a 24-month renewal term, the early termination fee would be $135. You are also responsible for monthly fees at the package rate until the date of the cancellation or downgrade. To cancel services, call Time Warner Cable's customer service at 1-800-425-2225.

If you downgrade from a Time Warner Cable services package consisting of all three of Time Warner Cable's video, Digital Phone and high-speed data services, to a different services package consisting of any two of those three services, and you enter into a new discounted services Addendum, the early termination fee is $75 minus $5.00 for each three-month period in the then-current term during which you continued to receive all three services. You are also responsible for monthly fees at the package rate until the date of the cancellation or downgrade. To cancel services, call Time Warner Cable's customer service at 1-800-425-2225.

**OTHER TERMS AND CONDITIONS.** To remain eligible for the discounted monthly fee throughout the initial term (and any automatic renewal term(s)), you must continue to receive all of Time Warner Cable's then-current Price Lock Guarantee services. If any services are cancelled or downgraded during the initial term (or any renewal term(s)), Time Warner Cable's regular charges apply for any remaining services.

You agree that you are entitled only to the Price Lock Guarantee discounted services package at the rates stated in this Addendum during the initial term and at the rate set forth in any automatic renewal notice during any renewal term for which you are eligible. You agree that Time Warner Cable has the right to add, modify, or delete any aspect, feature, equipment or system requirement of this package or its individual components, other than the price you are charged, during such periods. For example, Time Warner Cable may at any time delete any programming service(s) from its lineup or move any programming service(s) currently included in its Price Lock Guarantee package to another tier or level of service that is not included in the Price Lock Guarantee package. Under such circumstances, you would cease to receive such programming service(s) and would not be entitled to any credit or fee reduction.

The rates described in this Addendum do not include applicable taxes, franchise fees or tariffs, service or installation charges, or charges for additional products and services. For example, you may be required to pay separate fees in connection with the use of a digital converter, remote control, networking equipment, or for the receipt of premium channels, additional programming tiers, VOD or pay-per-view movies and events, premium on-line services, for excess bandwidth usage, long distance phone charges or collect calls.

When you placed your order, you confirmed that you are the account holder for Time Warner Cable services at your address and that you are at least 18 years old. You agree that Time Warner Cable is entitled to assume that all the information you are providing to us is accurate.

If you have any questions please call 1-800-425-2225. Thank you for choosing Time Warner Cable.