# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **JOHN WILLIAMS**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**TIME WARNER CABLE INC.**, and **ABC COMPANIES, 1-100**,<br><br>Defendants. | **Case No. 1:11-cv-00647-SAS-SKB**<br><br>**Judge:  S. Arthur Spiegel**<br><br>**Magistrate Judge: Stephanie K. Bowman** |

**DEFENDANT TIME WARNER CABLE INC.'S MOTION TO COMPEL ARBITRATION AND DISMISS AMENDED COMPLAINT OR, IN THE ALTERNATIVE, STAY THIS ACTION PENDING ARBITRATION**

Pursuant to 9 U.S.C. §§ 2, 3, and 4 and Rules 12(b)(1), (3), and (6) of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum of Law in Support, Defendant Time Warner Cable Inc. ("Time Warner Cable") respectfully moves the Court to compel arbitration and dismiss Plaintiff's Complaint to enforce the parties' arbitration agreement or, in the alternative, stay this action pending arbitration.

Dated: January 13, 2012                     Respectfully submitted,

                                                s/Jeffrey J. Jones
Jeffrey J. Jones  (0030059)
  *Trial Attorney*
  jjjones@jonesday.com
Erik J. Clark  (0078732)
  ejclark@jonesday.com
JONES DAY
325 John H. McConnell Boulevard, Suite 600
Columbus, OH  43215-2673
Telephone:    +1.614.469.3939
Facsimile:     +1.614.461.4198

*Attorneys for Defendant*
*Time Warner Cable Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2012, a true and correct copy of the foregoing was sent via email and electronically filed with the Clerk of the United States District Court of the Southern District of Ohio, using the CM/ECF system, which will send notification of such filing to counsel of record at the addresses that they have provided to the Court.

      Jeffrey S. Goldenberg
      Todd B. Naylor
      Robert Sherwood
      Goldenberg Schneider, LPA
      35 East Seventh Street, Suite 600
      Cincinnati, OH 45202-2012
      jgoldenberg@gs-legal.com
      tnaylor@gs-legal.com
      rsherwood@gs-legal.com

      Christian A. Jenkins
      Minnillo & Jenkins, Co. L.P.A.
      2712 Observatory Avenue
      Cincinnati, OH 45202
      cjenkins@minnillojenkins.com

      *Attorneys for Plaintiff*

      s/Jeffrey J. Jones
      One of the Attorneys for Defendant
      Time Warner Cable Inc.