# EXHIBIT I



I wish to opt out of the arbitration provision contained in Time Warner Cable's Residential Service Subscriber Agreement. I acknowledge that this opt-out is only effective if I notify Time Warner Cable of my election in writing within 30 days of the date that I first became subject to the arbitration provision. I can opt out either by completing and submitting the form below, or by sending a written request to Time Warner Cable at the following address.

Time Warner Cable
60 Columbus Circle, Rm 16-329
New York, NY 10023
Attn: Arbitration Opt-out

*Required

First Name*:
Last Name*:
Address*:
City*:
State*: Select a State
ZIP Code*:
Account Number*:
Opt-out*: ⦿

→ Submit    → Reset

### Arbitration Opt Out Q&As

Q: What happens if I "opt out" of the arbitration provision contained in the Residential Services Subscriber Agreement?

A: You will remain a Time Warner Cable customer and continue to enjoy all the same services you received before you opted out.  Your opt-out only applies to the arbitration provision contained in Time Warner Cable's Residential Services Subscriber Agreement and not to any other aspect of your relationship with Time Warner Cable.

Q: How long do I have to opt out?

A: If the agreement containing the "opt out" right was in effect when you became a Time Warner Cable customer, then the 30-day period begins on the date you began to receive our services.  If you were an existing customer when the agreement came into effect, you have thirty days from the date you received notice of the company's adoption of the new agreement.  This notice would have been included in your billing statement.