# EXHIBIT J



PAGE 1 OF 2

| Account Number | Service Period | Payment Due Date | Total Amount Due |
|---|---|---|---|
| 0801 | 03/21/10 - 04/20/10 | 04/10/10 | $149.20 |

**LOOK HERE**

STATEMENT DATE: 03/22/2010
CUSTOMER CODE: 9961

### Account Summary

**SERVICE ADDRESS**
1338 PARK RIDGE PL
CINCINNATI, OH 45208-2545-38

| | |
|---|---|
| **PREVIOUS BALANCE** | $144.08 |
| **PAYMENT(S)** | CR ($144.08) |
| **MONTHLY CHARGES** | $142.55 |
| **TAXES AND FEES** | $6.65 |
| **TOTAL AMOUNT DUE** | $149.20 |

HOW TO REACH US
Customer Service
1(513)469-1112
High Speed
1(513)489-2337 or 1(877)541-2337
Action Line
1(513)247-5060 or 1(877)572-2253
Web Site
www.timewarnercable.com

CUSTOMER CARE CENTER
Highland Ridge
3268 Highland Avenue
Cincinnati, OH 45213
9:00am-7:00pm Monday-Friday
11:00am-4:00pm Saturday

Already a Digital Cable & High Speed customer? Now you can add Home Phone Service with unlimited local and long distance calling and guarantee your rates for 2 years when you bundle. Certain restrictions apply. Call today for more information or visit our website at www.timewarnercable.com

Payments received after 03/22/10 will be reflected on your next statement.

Thank you for being a valued Time Warner Cable customer. To learn more about our advanced products and how to sign up for our online PayExpress electronic billing and payment, please call 1-877-572-2253 or visit www.timewarnercable.com.

See Page 2 for Account Details.

---

Please detach and enclose this coupon with your payment.



**TIME WARNER CABLE**
THE POWER OF YOU™
PO BOX 429542
CINCINNATI, OH 45242-1812

| Account Number | Service Period | Payment Due Date | Total Amount Due |
|---|---|---|---|
| 0801 | 03/21/10 - 04/20/10 | 04/10/10 | $149.20 |

** Please allow 7 - 10 days for delivery and payment processing.
See reverse side for more convenient payment options.

*1120041*

*418600801*

0004552 1 AV 0.335
BRE,D03, A ,S: ,T:000023, 10222
**********AUTO**5-DIGIT 45208
JOHN WILLIAMS
1338 PARK RIDGE PL
CINCINNATI OH 45208-2545

TIME WARNER CABLE-SWO DIVISION
PO BOX 1060
CAROL STREAM IL 60132-1060

10303001003418600801730014920106D

003418600801201003220012
BRED03



PAGE 2 OF 2

| Account Detail for | Account Number |
|---|---|
| JOHN WILLIAMS | 1080 |

**LOOK HERE**

## Account Details

| | | |
|---|---|---|
| | BALANCE FROM LAST STATEMENT | $144.08 |
| **PAYMENTS** | | |
| 03/04 | PAYMENT RECEIVED - THANK YOU | CR ($144.08) |
| **MONTHLY CHARGES** | | |
| 03/21-04/20 | DIGITAL CABLE PLUS HIGH SPEED DATA | $114.54 |
| | THIS PACKAGE INCLUDES BASIC SERVICE, STANDARD SERVICE, DIGITAL VARIETY PACKAGE, HBO & HBO ON DEMAND, SHOWTIME & SHOWTIME ON DEMAND, CINEMAX & CINEMAX ON DEMAND, STARZ & STARZ ON DEMAND, ROAD RUNNER STANDARD WITH POWERBOOST | |
| 03/21-04/20 | DIGITAL CHOICE PACKAGE | $5.95 |
| 03/21-04/20 | DIGITAL CONVERTER | $7.64 |
| 03/21-04/20 | REMOTE | $0.32 |
| 03/21-04/20 | HOME NETWORKING | $4.99 |
| 03/21-04/20 | DIGITAL CONVERTER | $7.64 |
| 03/21-04/20 | 1 REMOTE | $0.32 |
| 03/21-04/20 | 1 A/O SERVICE CHARGE | $1.15 |
| | SUBTOTAL | $142.55 |
| **TAXES AND FEES** | | |
| | FRANCHISE FEES | $5.54 |
| | SALES TAX | $1.04 |
| | FCC REGULATORY FEE - CABLE | $0.07 |
| | SUBTOTAL | $6.65 |
| **TOTAL AMOUNT DUE** | | **$149.20** |

You have a new Time Warner Cable subscriber agreement, which contains an arbitration clause and other important terms. You can review the new agreement and, if you wish, 'opt out' of the arbitration clause at http://help.twcable.com/html/policies.html.

We're pleased to announce the addition of 2 new channels to our lineup on March 29. National Georgraphic Wild to Variety Tier channel 141 and Fox Soccer Plus to the Sports Tier on channel 339. Also on that day, we will no longer carry Fox Reality.

Go Paperless! Go to www.timewarnercable.com to sign up for paperless billing with online bill payment using PayXpress.

UFC 111:ST. PIERRE vs. HARDY - LIVE Saturday, Mar 27th at 10pm on channel 701 or in HD on channel 710!

WWE:WRESTLEMANIA 26 - LIVE Sunday, Mar 28th at 7pm on channel 701 or in HD on channel 710!

Check out some of the new releases coming this month on Movies on Demand: The Blindside; Law Abiding Citizen; Ninja Assassin; Old Dogs; Precious; Sherlock Holmes; The Twilight Saga:New Moon; Where the Wild Things Are; Zombieland. Tune to channel 1000 to watch movies on your schedule. Also available in HD on channel 1001.

Local Franchising Authority: CUID# OH0886 UN/

## Did you know...
### There are many ways to manage your Time Warner Cable account?


**PayXpress**
FREE and available online. Check your balance, view statements and pay your bill. www.timewarnercable.com/payxpress


**Action Line?**
Call us anytime at our automated action line: 513-247-5060 or 877-572-2253.


**Customer Care Center**
Visit us. Check our website to find a location close to you.

**CLOSED CAPTIONING CONCERNS:** To report an immediate technical issue regarding closed captioning, call 800-425-2225, fax 513-489-5043, or email customerservice@cincl.rr.com. Written complaints may be sent to Monique Crawford, Administrator, Legal Affairs, via mail: 13820 Sunrise Valley, Herndon, VA 20171; fax: 704-697-4935; or email: twc.closedcaptioningissues@twcable.com. If you have questions about a written complaint, you can reach Ms. Crawford by calling 877-276-7432. PLEASE NOTE: This number should only be used in connection with written closed captioning complaints. Immediate concerns should be directed to the number listed above.

**Past Due Account:**
A late fee will be assessed if full payment is not received prior to the due date. If your account becomes past due, your services including phone and E911 access, are subject to interruption or disconnection. Restoration fees or Reconnection fees may apply.

If your payment is returned for any reason, you expressly authorize your account to be debited or bank drafted for the amount of the payment plus any applicable fees. The submission of your payment is your acknowledgement and acceptance of this policy and its terms and conditions.

**Questions About Your bill?**
If you think your bill is in error, write us at P.O. Box 42564, Cincinnati, OH 45242-0564. Disputed amounts must be submitted to Time Warner Cable no later than 30 days after your statement in which the error occurred. You remain obligated to pay all amounts not in dispute.

**For information on any upcoming programming changes,** please consult the Legal Notices published in the Cincinnati Enquirer on the 2nd and 4th Friday of each month or our website at www.timewarnercable.com.

003419600080120100322200121
BRED03

**TIME WARNER CABLE**
THE POWER OF YOU

PAGE 2 OF 2

Account Detail for

Account Number

**LOOK HERE**

## Account Details

| | | |
|---|---|---|
| | BALANCE FROM LAST STATEMENT | $143.91 |
| **PAYMENTS** | | |
| 03/08 | PAYMENT RECEIVED - THANK YOU | CR ($143.91) |
| **MONTHLY CHARGES** | | |
| 03/23-04/22 | DIGITAL CABLE PLUS TELEPHONE | $87.35 |
| | THIS PACKAGE INCLUDES BASIC SERVICE, STANDARD SERVICE, DIGITAL VARIETY PACKAGE, DIGITAL PHONE UNLIMITED NATIONWIDE | |
| 03/23-04/22 | DVR SERVICE | $9.95 |
| 03/23-04/22 | DIGITAL CONVERTER | $7.64 |
| 03/23-04/22 | REMOTE | $0.32 |
| 03/23-04/22 | DIGITAL PHONE VOICE MAIL | $0.00 |
| | SUBTOTAL | $105.26 |
| **ADJUSTMENTS** | | |
| 03/18 | DIRECTORY ASSISTANCE/OPERATOR SERVICE | $28.31 |
| | SUBTOTAL | $28.31 |
| **TAXES AND FEES** | | |
| | FRANCHISE FEES | $4.08 |
| | SALES TAX | $4.09 |
| | FCC REGULATORY FEE - CABLE | $0.07 |
| | FCC REGULATORY FEE - PHONE | $0.04 |
| | FEDERAL UNIVERSAL SERVICE | $1.69 |
| | STATE TRS RECOVERY FEE | $0.03 |
| | REGULATORY RECOVERY FEE | $0.14 |
| | SUBTOTAL | $10.14 |
| **TOTAL AMOUNT DUE** | | **$143.71** |

DIGITAL PHONE INFORMATION **To view details about your billed Digital Phone calls or to view International Rates, go to www.timewarnercable.com and select Digital Phone. Under "Products and Services", click on International Calling Rates or My Account.

You have a new Time Warner Cable subscriber agreement, which contains an arbitration clause and other important terms. You can review the new agreement and, if you wish, 'opt out' of the arbitration clause at http://help.twcable.com/html/policies.html.

We're pleased to announce the addition of 2 new channels to our lineup on March 29. National Geographic Wild to Variety Tier channel 141 and Fox Soccer Plus to the Sports Tier on channel 339. Also on that day, we will no longer carry Fox Reality.

Time Warner Cable is pleased to announce the addition of the following high definition channels to your lineup on April 13th: CBS College Sports HD, Hallmark HD, Fuse HD, IFC HD, HSN HD, QVC HD, Tennis Chanel HD, NHL Network HD, Encore HD, HBO 2 HD, HBO Family HD, Show TOO HD, Action Max HD, More Max HD and TMC HD. Plus, GSN will now be available on the Variety Tier.

Go Paperless! Go to www.timewarnercable.com to sign up for paperless billing with online bill payment using PayXpress.

UFC 111 ST. PIERRE vs. HARDY - LIVE Saturday, Mar 27th at 10pm on channel 701 or in HD on channel 710!

**HIGH-SPEED ONLINE + DIGITAL PHONE**

Local Franchising Authority: Franchise Authority 20 HIGH STREET CITY OF HAMILTON  CUID# UN/

## Did you know...
### There are many ways to manage your Time Warner Cable account?


**PayXpress**
FREE and available online. Check your balance, view statements and pay your bill. www.timewarnercable.com/payxpress


**Action Line?**
Call us anytime at our automated action line: 513-247-5060 or 877-572-2253.


**Customer Care Center**
Visit us. Check our website to find a location close to you.

CLOSED CAPTIONING CONCERNS: To report an immediate technical issue regarding closed captioning, call 800-425-2225, fax 513-489-5043, or email customerservice@cinci.rr.com. Written complaints may be sent to Monique Crawford, Administrator, Legal Affairs, via mail: 13820 Sunrise Valley, Herndon, VA 20171; fax: 704-697-4935; or email: twc.closedcaptioningissues@twcable.com. If you have questions about a written complaint, you can reach Ms. Crawford by calling 877-276-7432. PLEASE NOTE: This number should only be used in connection with written closed captioning complaints. Immediate concerns should be directed to the number listed above.

**Past Due Account:**
A late fee will be assessed if full payment is not received prior to the due date. If your account becomes past due, your services including phone and E911 access, are subject to interruption or disconnection. Restoration fees or Reconnection fees may apply.

If your payment is returned for any reason, you expressly authorize your account to be debited or bank drafted for the amount of the payment plus any applicable fees. The submission of your payment is your acknowledgement and acceptance of this policy and its terms and conditions.

**Questions About Your bill?**
If you think your bill is in error, write us at P.O. Box 42564, Cincinnati, OH 45242-0564. Disputed amounts must be submitted to Time Warner Cable no later than 30 days after your statement in which the error occurred. You remain obligated to pay all amounts not in dispute.

**For information on any upcoming programming changes,** please consult the Legal Notices published in the Cincinnati Enquirer on the 2nd and 4th Friday of each month or our website at www.timewarnercable.com.